Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUKH C. SINGH, individually and dba MK ECONO GAS aka ARCO #54662, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-00346-JAM-CKD<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

///

///

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Sukh C. Singh and Perminder K. Singh, individually and dba MK Econo Gas aka ARCO #54662, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 3, 2014                        MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff
                                          Robert Kalani

Date: June 3, 2014                        LAW OFFICE OF RICK MORIN

                                          */s/ Rick Morin*
                                          Rick Morin
                                          Attorney for Defendants
                                          Sukh C. Singh and
                                          Perminder K. Singh, individually
                                          and dba MK Econo Gas aka ARCO #54662

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:   June 3, 2014                     /s/ John A. Mendez
                                          United States District Court Judge